## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**DIOP KAMAU,**

    **Plaintiff,**

vs.                                                                           **Case No. 4:24cv207-AW-MAF**

**JANAKAN THIAGARAJAH,**
**and BELLWETHER LAW FIRM, INC.,**

    **Defendants.**
_____/

## O R D E R

    Plaintiff, proceeding pro se, has filed a second amended complaint, ECF No. 9, against two Defendants. The docket reflects that summonses were issued to Plaintiff on July 30, 2024. ECF No. 10. Further, Plaintiff paid the filing fee for this case, ECF No. 2, at the time of case initiation.

    This Order advises Plaintiff that it is his responsibility to serve the Defendants with a copy of the second amended complaint [complaint] that is identical to the complaint, ECF No. 9, as filed with this Court. Fed. R. Civ. P. 4(c)(1). Service must be accomplished within 90 days after the filing of the complaint. Fed. R. Civ. P. 4(c),(m).

As Plaintiff was advised previously, delivery of the summons and complaint must be made by a non-party to this litigation who is at least 18 years of age. See ECF No. 5 at 2.

Accordingly, it is

**ORDERED:**

1. Plaintiff must ensure that the Defendants are served with process within 90 days of the filing of the second amended complaint, ECF No. 9.

2. Plaintiff is reminded that he must keep the Clerk of Court advised should there be any change in his mailing address. The Court will not seek to locate Plaintiff and if mail is returned to the Court as undeliverable to Plaintiff, this case will be dismissed.

3. The Clerk of Court shall return this file upon the filing of service returns, or no later than **October 10, 2024**.

**DONE AND ORDERED** on August 1, 2024.

S/ Martin A. Fitzpatrick
**MARTIN A. FITZPATRICK**
**UNITED STATES MAGISTRATE JUDGE**