IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DIOP KAMAU,**

*Plaintiff,*

v.   Case No.: 4:24-cv-207-AW/MAF

**JANAKAN THIAGARAJAH, BELLWETHER LAW FIRM PLLC.,**

*Defendants.*

_____/

## MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT

1. Plaintiff, Diop Kamau, respectfully requests leave to file a Third Amended Complaint. The purpose of this amendment is to correct a spelling error in the name of one of the defendants. The Second Amended Complaint incorrectly listed the name of the law firm as "Bellwether Law Inc." The correct name is "Bellwether Law PLLC."

2. Attached is the proposed Third Amended Complaint with the corrected name.

1



Respectfully submitted,

*[signature: Diop Kamau]*

/s/ Diop Kamau

Tuesday, August 6, 2024

9217 Hampton Glen Court

Tallahassee, FL 32312

Email: diopkamau@policeabuse.com

Phone: 850-566-7960

Plaintiff Pro Se