AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:24-cv-207-AW/MAF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __BELLWETHER LAW PLLC__
was received by me on *(date)* __7/30/24__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __JANAKAN THIAGARAJAH__, who is
designated by law to accept service of process on behalf of *(name of organization)* __BELLWETHER LAW PLLC__
__REGISTERED AGENT__ on *(date)* __8/5/2024__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __8/6/2024__

_____
Server's signature

__DIOP KAMAU__
Printed name and title

__9217 HAMPTON GLEN CT  32312__
Server's address

Additional information regarding attempted service, etc:

SENT CERTIFIED MAIL TO REGISTERED AGENT
AT 2336 WISCONSIN AVE STE. 32161
WASHINGTON DC 20007



# U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com

9589 0710 5270 1244 8235 13

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postmark Here: JUL 31 2024

Postage
$

Total Postage and Fees
$

Sent To: BELLWETHER LAW PLLC
Street and Apt. No., or PO Box No.: 2336 WISCONSIN AVE STE 32161
City, State, ZIP+4®: WASHINGTON DC 20007

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

ALERT: FLOODING AND SEVERE WEATHER IN THE SOUTHEAST U.S. MAY IMPACT DELIVERY. ...

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 9589071052701244823513

Copy   Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 2:07 pm on August 5, 2024 in WASHINGTON, DC 20007.

### Get More Out of USPS Tracking:

**USPS Tracking Plus®**

### Delivered
**Delivered, Front Desk/Reception/Mail Room**
WASHINGTON, DC 20007
August 5, 2024, 2:07 pm

### Redelivery Scheduled for Next Business Day
WASHINGTON, DC 20007
August 3, 2024, 10:56 am

### Out for Delivery
WASHINGTON, DC 20007
August 3, 2024, 9:24 am

### Arrived at Post Office
WASHINGTON, DC 20016
August 3, 2024, 9:13 am

### Arrived at USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER