## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**DIOP KAMAU,**

    **Plaintiff,**

vs.                                                     Case No. 4:24cv207-AW-MAF

**JANAKAN THIAGARAJAH,**
**and BELLWETHER LAW FIRM, INC.,**

    **Defendants.**
_____/

## **O R D E R**

Plaintiff, proceeding pro se, has filed a motion requesting leave to file a third amended complaint. ECF No. 12. The amendment, as explained by Plaintiff, is merely to correct the name of one of the Defendants. *Id.* The motion is granted and this Order makes clear that Plaintiff's third amended complaint, ECF No. 13, is the operative pleading.

Defendants must be served with a copy of the third amended complaint and a summons. The Clerk shall reissue summonses and provide them to Plaintiff along with this Order.

Plaintiff is again advised that it is his responsibility to serve the

Defendants with a copy of the third amended complaint [complaint] that is identical to the complaint, ECF No. 13, as filed with this Court. Fed. R. Civ. P. 4(c)(1). Service must be accomplished within 90 days after the filing of the complaint. Fed. R. Civ. P. 4(c),(m). That date is hereby extended to 90 days from the date of this Order which grants Plaintiff's motion to amend, ECF No. 12. As Plaintiff was advised previously, delivery of the summons and complaint must be made by a <u>non-party</u> to this litigation who is at least 18 years of age. *See* ECF No. 5 at 2.

Accordingly, it is

**ORDERED:**

1. Plaintiff's motion for leave to file a third amended complaint, ECF No. 12, is **GRANTED**.

2. The operative pleading in this case is the third amended complaint, ECF No. 13.

3. Plaintiff must ensure that Defendants are served with process within 90 days of the date of this Order.

4. Plaintiff is reminded that he must keep the Clerk of Court advised should there be any change in his mailing address. The Court will not seek

Case No. 4:24cv207-AW-MAF

to locate Plaintiff and if mail is returned to the Court as undeliverable to Plaintiff, this case will be dismissed.

    5.  The Clerk of Court shall return this file upon the filing of service returns, or no later than **November 7, 2024**.

    **DONE AND ORDERED** on August 9, 2024.

    S/   Martin A. Fitzpatrick
**MARTIN A. FITZPATRICK**
**UNITED STATES MAGISTRATE JUDGE**