AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 4:24-cv207-AW/MAF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   BELLWETHER LAW PLLC

was received by me on *(date)*   8/14/24   .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   REGISTERED AGENT SERVICES  who is

designated by law to accept service of process on behalf of *(name of organization)*

BELLWETHER LAW   on *(date)*   8/23/24   ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   8/26/24

_____
*Server's signature*

DIOP KAMAU
_____
*Printed name and title*

4214 HAMPTON GLEN CT. TLH 32312
_____
*Server's address*

Additional information regarding attempted service, etc:



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

| Certified Mail Fee | $ | |
|---|---|---|
| Extra Services & Fees *(check box, add fee as appropriate)* | | |
| ☐ Return Receipt (hardcopy) | $ | |
| ☐ Return Receipt (electronic) | $ | |
| ☐ Certified Mail Restricted Delivery | $ | |
| ☐ Adult Signature Required | $ | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $ | |
| Total Postage and Fees | $ | |

Postmark Here

KILLEEN STATION POST OFFICE
AUG 19 2024
TALLAHASSEE FL 32312

*Sent To* REGISTERED AGENT, INC.
*Street and Apt. No., or PO Box No.* 1717 N STREET NW #1
*City, State, ZIP+4®* WASHINGTON, DC 20036

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

9589 0710 5270 1244 8222 95

```
Certified Mail@              $4.85
  Tracking #:
    9589 0710 5270 1244 8222 95
Return Receipt              $4.10
  Tracking #:
    9590 9402 7874 2234 2422 98
Total                      $12.10

----------------------------------------
Grand Total:               $16.28
----------------------------------------

Credit Card Remit          $16.28
  Card Name: VISA
  Account #: XXXXXXXXXXXX4152
  Approval #: 093155
  Transaction #: 168
  AID: A0000000980840        Chip
  AL: US DEBIT
  PIN: Not Required
----------------------------------------
```

# USPS Tracking®

FAQs >

**Tracking Number:**

**Remove** ✕

## 9589071052701244822295

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item has been delivered to an agent at the front desk, reception, or mail room at 12:41 pm on August 23, 2024 in WASHINGTON, DC 20036.

**Get More Out of USPS Tracking:**

   **USPS Tracking Plus®**

## Delivered to Agent
**Delivered to Agent, Front Desk/Reception/Mail Room**

WASHINGTON, DC 20036
August 23, 2024, 12:41 pm

**See All Tracking History**

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Feedback

| Text & Email Updates | ∨ |
|---|---|

| USPS Tracking Plus® | ∨ |
|---|---|

| Product Information | ∨ |
|---|---|

See Less ∧

Track Another Package