IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF FLORIDA

TALLAHASSEE DIVISION

**DIOP KAMAU,**

    *Plaintiff,*

v.                                                                          Case No.: 4:24-cv-207-AW/MAF

**JANAKAN THIAGARAJAH, BELLWETHER LAW FIRM PLLC.,**

    *Defendants.*

_____/

**PLAINTIFF'S MOTION FOR CLERK'S ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT BELLWETHER LAW PLLC**

COMES NOW, the Plaintiff, Diop Kamau, proceeding pro se, and pursuant to Federal Rule of Civil Procedure 55(b)(1), respectfully moves this Honorable Court for entry of a default judgment against Defendant, Bellwether Law PLLC, for failing to respond to the summons served upon them on August 23, 2024. As grounds for this motion, Plaintiff states as follows:

1

1. On August 23, 2024, Defendant Bellwether Law PLLC was served with the summons and complaint, as evidenced by the return of service filed on August 27, 2024 (Docket Entry No. 17).

2. Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A), Defendant was required to serve an answer or responsive pleading within 21 days of being served, making Defendant's answer due no later than September 13, 2024.

3. As of the date of this filing, Defendant Bellwether Law PLLC has failed to file any responsive pleading or otherwise defend against the claims asserted in this action.

4. Plaintiff has taken all necessary steps to notify Defendant of this lawsuit, including the proper service of the summons and complaint, and Defendant's failure to respond constitutes a default.

5. Pursuant to Federal Rule of Civil Procedure 55(a), the Clerk of Court may enter a default judgment when a party against whom a judgment is sought has failed to plead or otherwise defend, and such failure is shown by affidavit or otherwise.

WHEREFORE, Plaintiff respectfully requests that the Clerk of Court enter a default judgment against Defendant Bellwether Law PLLC for failure to respond to the summons and complaint and grant such other relief as the Court deems just and proper.

Dated: Tuesday, October 15, 2024

Respectfully submitted,

_/s/ Diop Kamau_

/s/ Diop Kamau

Tuesday, October 15, 2024

9217 Hampton Glen Court

Tallahassee, FL 32312

Email: diopkamau@policeabuse.com

Phone: 850-566-7960

Plaintiff Pro Se