#325115

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:24-cv207-AW/MAF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Bellwether Law PLLC (by serving Northwest Registered Agent Service, Inc.)
was received by me on *(date)* 10/21/2024.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Olga Kasyan, Paralegal & Authorized Agent, who is
designated by law to accept service of process on behalf of *(name of organization)* Northwest Registered Agent Service, Inc.,
who is the registered agent for Bellwether Law PLLC   on *(date)* 10/23/2024 @ 11:47 AM ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 10/29/2024

*Server's signature*

Luke Scherr, Process Server
*Printed name and title*

1413 K St., NW, 7th Floor, Washington, DC 20005
*Server's address*

Additional information regarding attempted service, etc:

*Service Address: Bellwether Law PLLC, by serving Northwest Registered Agent Service, Inc.,
1717 N St., NW, #1,
Washington, DC 20036




## AFFIDAVIT OF PROCESS SERVER

### United States District Court for the Northern District of Florida

**Diop Kamau**

    Plaintiff(s),

VS.

**Janakan Thiagarajah, Bellwether Law, PLLC**

    Defendant(s).

Attorney: NONE

Diop Kamau
9217 Hampton Glen Ct.
Tallahassee FL 32312

*325115*

**Case Number: 4:24-cv207-AW/MAF**

Legal documents received by Same Day Process Service, Inc. on **10/21/2024** at **5:59 PM** to be served upon **Bellwether Law PLLC, by serving Northwest Registered Agent Service, Inc.** at 1717 N St., NW, #1, Washington, DC 20036

I, **Luke Scherr**, swear and affirm that on **October 23, 2024** at **11:47 AM**, I did the following:

Served **Bellwether Law PLLC, by serving Northwest Registered Agent Service, Inc.** by delivering a conformed copy of the **Summons in a Civil Action; Third Amended Complaint for Damages, Abuse of Process, Malicious Prosecution, and Tortious Business; Exhibits** to Olga Kasyan as **Paralegal & Authorized Agent** of **Bellwether Law PLLC, by serving Northwest Registered Agent Service, Inc.** at 1717 N St., NW, #1, Washington, DC 20036.

**Description of Person Accepting Service:**
Sex: Female Age: 30 Height: 5ft9in-6ft0in Weight: 161-200 lbs Skin Color: Caucasian Hair Color: Brown

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**Luke Scherr**
Process Server
**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job ID:325115



Diop Kamau
9217 Hampton Glen Court
Tallahassee FL 32312-4087

JACKSONVILLE FL 320
31 OCT 2024 PM 1 L

$0.69
US POSTAGE
FIRST-CLASS
FROM 32312
10/31/2024
Stamps

Clerks office
United States District Court
111 N Adams St
TALLAHASSEE FL 32301-7736

NOV 0 4 2024