IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DIOP KAMAU,

    Plaintiff,

v.                                  Case No. 4:24-cv-207-AW-MAF

JANAKAN THIAGARAJAH and
BELLWETHER LAW PLLC,

    Defendants.

_____/

## ORDER DENYING MOTION FOR DEFAULT

Diop Kamau, the pro se plaintiff, moved for a clerk's default against defendant Bellwether Law PLLC. ECF No. 19. The magistrate judge recommends denying the motion. ECF No. 20. Kamau has not objected to the report and recommendation.

Having carefully considered the matter, I agree with the magistrate judge that Kamau is not entitled to a clerk's default. In moving for the default, Kamau did not show proper service.

The motion (ECF No. 19) is DENIED. The Bellwether firm has now appeared, so the case will proceed. The magistrate judge will conduct further appropriate proceedings.

SO ORDERED on December 30, 2024.

                                                        s/ *Allen Winsor*
                                                        United States District Judge